**U.S. Department of Justice**



*United States Attorney*
*Eastern District of New York*

LMN/CNR
F.#2011R00870

*610 Federal Plaza*
*Central Islip, New York 11722*

June 20, 2012

**BY EMAIL AND ECF**

TO: Attached Counsel List

    Re: United States v. Jose Perez, et al.
        Criminal Docket No. 12-171 (ADS)

Dear Counsel:

    Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government provides the following additional discovery material to the above-captioned defendants. This production supplements the discovery previously provided to you. We reiterate our request for reciprocal discovery.

    By means of this letter, the government hereby makes available to you 17 compact disks containing video recordings of controlled buys between confidential informants or undercover officers and certain defendants and co-conspirators in this case. Most of these buys were referenced in the government's discovery letter dated March 23, 2011. These 17 disks are video footage of the following buys:

    a. Narcotics purchased on June 23, 2011 from Norberto Rodriguez by a confidential informant;

    b. Narcotics purchased on June 24, 2011 from Norberto Rodriguez by a confidential informant;

    c. Narcotics purchased on June 28, 2011 from Norberto Rodriguez by a confidential informant;

    d. Narcotics purchased on June 29, 2011 from Eric Suarez, Dana Sollecito and Jessica Suarez by a confidential informant;

    e. Narcotics purchased on June 6, 2011 from Jessica Suarez by a confidential informant;

      f.    Narcotics purchased on July 7, 2011 from Norberto Rodriguez by a confidential informant;

      g.    Narcotics purchased on July 20, 2011 from Norberto Rodriguez and an unknown male by a confidential informant;

      h.    Narcotics purchased on July 27, 2011 from Wilfred Castillo by a confidential informant;

      i.    Narcotics purchased on July 29, 2011 from Dana Sollecito by a confidential informant;

      j.    Narcotics purchased on September 7, 2011 from Wilfred Castillo by a confidential informant;

      k.    Narcotics purchased on September 22, 2011 from Wilfred Castillo to a confidential informant;

      l.    Narcotics purchased on September 27, 2011 from Rafael Pichardo and Norberto Rodriguez by a confidential informant;

      m.    Narcotics purchased on October 28, 2011 from Rafael Pichardo and Norberto Rodriguez by a confidential informant;

      n.    Narcotics purchased on November 11, 2011 from Jose Taveras by a confidential informant;

      o.    Narcotics purchased on December 2, 2011 from Rafael Pichardo by a confidential informant;

      p.    Narcotics purchased on December 7, 2011 from Rafael Pichardo and Norberto Rodriguez by a confidential informant;

      q.    Narcotics purchased on February 8, 2012 from Josephine Javis by an undercover officer.

      In addition, the government hereby makes available to you one compact disk containing surveillance footage of defendant Felix Vargas, taken on January 18, 2012.

      You may request copies of the afore-mentioned 18 disks by contacting **Joe Meisner at First Choice Copy, telephone number**

(718) 381-1480, extension 212, and asking for print job number 60161. Only counsel of record or someone from his or her office will be permitted to obtain the disk.

If you have any questions or requests, please do not hesitate to contact us.

Very truly yours,

LORETTA E. LYNCH
United States Attorney

By: _____
Charles N. Rose
Licha M. Nyiendo
Assistant U.S. Attorneys
(631) 715-7844/7825

cc: Court of Clerk (ADS)

## DEFENSE COUNSEL LIST

## USA v. JOSE PEREZ, ET AL., Cr. No. 12-171 (ADS)

Name of Defendant | Name of Lawyer

NORBERTO RODRIGUEZ
#80168-053

Mark C. Gann, Esq.
Collins, McDonald & Gann, PC
138 Mineola Boulevard
Mineola, NY 11501
(516) 294-0300
(516) 294-0477 fax
mgann@cmgesq.com

WILFRED CASTILLO
#80153-053

Tim McClain, Esq.
1510 East Colonial Drive
Suite 306
Orlando, Florida 32801
(321) 251-7411
(321) 206-6412 fax
tm@themcclainlawfirm.com

JOSE TAVERAS

Robert LaRusso, Esq.
LaRusso & Conway, LLP
300 Old Country Road, Suite 341
Mineola, NY 11501
516-537-3137 phone
Fax: 516-248-3522
rlarusso@larussoandconway.com

RAFAEL PICHARDO
#80160-053

Giovanni Rosania
Law Office of Giovanni Rosania
901 Sheridan Avenue
Bronx, New York 10451
(718) 293-1977
(718) 293-5395 fax
pacelaw06@aol.com

2

| | |
|---|---|
| WILLIAM BAEZ | Mitchell C. Elman, Esq.<br>Law Offices of Mitchell C. Elman, P.C.<br>6901 Jericho Turnpike<br>Suite 255<br>Syosset, New York 11791<br>516-586-6666<br>mitchell.elman@verizon.net |
| EDWIN ADAMES | Paul Rinaldo, Esq.<br>Grossman & Rinaldo, LLP<br>10818 Queens Blvd<br>Forest Hills, NY 11375<br>718-520-8722<br>grossmanrinaldo@aol.com |
| LEONARDO LOPEZ | Lee Ginsberg, Esq.<br>Freeman, Nooter & Ginsberg<br>30 Vesey Street, Suite 100<br>New York, NY 10007<br>(212) 608-0808<br>leeloulaw@aol.com |
| SEAN BRUNETTE | William Wexler, Esq.<br>816 Deer Park Ave<br>North Babylon, NY 11703<br>631-422-2900<br>wexlaw@optonline.com |
| ANDERSON TAVERAS | Arnold Levine, Esq.<br>233 Broadway<br>Suite 901<br>New York, New York 10279<br>212-732-5800<br>917-951-9626 cell<br>NYCcrimlaw@aol.com |

| | |
|---|---|
| KENNETH SUAREZ<br>#80154-053 | Frank Murphy, Esq.<br>32 Bohack Court<br>Sayville, New York 11782<br>(631) 244-7434<br>bohackchambers@aol.com |
| ERIC SUAREZ | Alan M. Nelson, Esq.<br>3000 Marcus Avenue<br>Lake Success, NY  11042<br>(516) 328-6200 - Telephone<br>(516) 328-6354 - Fax<br>Anelsonlaw@aol.com |
| DANA SOLLECITO<br>#80157-053 | John Carman, Esq.<br>666 Old Country Rd<br>Suite 501<br>Garden City, New York 11530<br>516-683-3600<br>john@johncarmanlaw.com |
| TINA CATRINI<br>#80167-053 | Gary Schoer, Esq.<br>6800 Jericho Tpke, Ste 108W,<br>Syosset, NY 11791<br>(516) 496-3500<br>gschoer@aol.com |
| MATTHEW CATRINI<br>#80166-053 | Glenn A. Obedin, Esq.<br>Efman & Obedin<br>83 Carleton Avenue<br>Central Islip, NY 11722<br>631-232-3400<br>gaolaw@optonline.net |
| JOSEPHINE JAVIS<br>#80165-053 | John Wallenstein, Esq.<br>Suite 100<br>1100 Franklin Avenue<br>Garden City, New York 11530<br>516-742-5600<br>516-742-5040 - Fax<br>Jswallensteinesq@aol.com |

4

| | |
|---|---|
| ROLAND STERN | Steven Losquadro, Esq.<br>649 Route 25A, Suite #4<br>Rocky Point, New York 11778<br>(631) 744-9070<br>(631) 744-9421 fax<br>losquadrolaw@aol.com |
| COREY STERN<br>#80156-053 | Rich Haley, Esq.<br>Haley, Weinblatt & Calcagni<br>1601 Veterans Memorial Hwy<br>Suite 425<br>Islandia, New York 11479<br>(631) 582-5151<br>rdh@hwclaw.com |
| KATHRYN PAPPAS | Michael H. Soroka, Esq.<br>300 Old Country Road<br>Suite 341<br>Mineola, NY 11501<br>516-742-2002<br>Fax: 516-742-0953<br>sorokaesq@aol.com |
| FELIX VARGAS<br>#80182-053 | William Roche, Esq.<br>Law Offices of William A. Roche, P.C.<br>183 Broadway<br>Suite 210<br>Hicksville, New York 11801<br>516-308-1739<br>516-619-0404 fax<br>williamroche@gmail.com |